UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN HART, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>CITY OF REDWOOD CITY, et al.,<br><br>   Defendants. | Case No. 21-cv-02653-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, April 25, 2022 at 2:00 p.m. |
| INITIAL DISCLOSURES: | September 20, 2021 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | October 18, 2021; after that date only for good cause by Motions under FRCP Rule 16(b)(4) |
| REFERRED TO MAGISTRATE JUDGE BEELER FOR SETTLEMENT CONFERENCE TO BE COMPLETED BY: | February 28, 2022; the parties are ordered to first return to private mediation with Judge James before meeting with Judge Beeler |
| NON-EXPERT DISCOVERY CUTOFF: | April 29, 2022 |
| DISCLOSURE OF EXPERT REPORTS:<br><br>ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: May 24, 2022<br>Rebuttal: June 14, 2022 |
| EXPERT DISCOVERY CUTOFF: | July 14, 2022 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | October 10, 2022 [filed September 5, 2022] |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| | |
|---|---|
| COMPLIANCE DEADLINE (*See* PAGE 2) | Friday, January 20, 2023 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | February 3, 2023 |
| PRETRIAL CONFERENCE: | Friday, February 17, 2023 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, March 6, 2023 at 8:30 a.m. for Jury Trial |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance deadline on Friday, January 20, 2023 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance deadline hearing, if necessary, shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance deadline will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

      The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: September 13, 2021

                                        _____
                                        YVONNE GONZALEZ ROGERS
                                        United States District Judge