UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN HART, individually and as co-successor in-interest to Decedent KYLE HART; et al.,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY OF REDWOOD CITY, a municipal corporation; et al.,<br><br>    Defendants. | Case No.: 21-CV-02653- YGR<br><br>**ORDER TO SHOW CAUSE** |

As addressed in this Court's order on the parties' motions for summary judgment, defendants moved for Officer Velez to be dismissed as a defendant but failed to provide any authority regarding plaintiff's state law claims. In light of the Court's granting of summary judgment as to the section 1983 claims and in the interest of conserving limited judicial resources by addressing the issue before trial, the Court **ORDERS** plaintiff to show cause why the Court should not enter summary judgment in defendants' favor on plaintiff's state law claims against Officer Velez.

Plaintiff shall file a statement of no more than five pages by Tuesday, December 20, 2022. Defendants shall file a response of no more than five pages by Tuesday, December 27, 2022.

**IT IS SO ORDERED**.

Dated: December 14, 2022

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE