UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KRISTIN HART ET AL.,**<br>　　　　Plaintiffs,<br><br>　　v.<br><br>**ROMAN GOMEZ,**<br>　　　　Defendant. | Case No. 21-cv-2653-YGR<br><br>**PRETRIAL ORDER NO. 4 RE: PRETRIAL CONFERENCE** |

Due to the Court's inability to fund juror fees after October 17, 2025 without federal appropriations, the Court hereby continues this trial with the provisional dates set forth below:

1. **Trial Date and Schedule:**

The trial of this matter is provisionally scheduled to proceed in Courtroom 1 on October 22, 2025 with jury selection. Opening statements and evidence will begin October 24, 2025 through October 28, 2025; October 30, 2025 through October 31, 2025; November 5, 2025 through November 7, 2025; and November 10, 2025.

2. **Other Orders:**

The Court removes Daniel Mullholland from this case caption as he was previously dismissed.

**IT IS SO ORDERED.**

Dated: October 2, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE