UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**KRISTIN HART ET AL.,**
        **Plaintiffs,**

       **v.**

**ROMAN GOMEZ,**
        **Defendant**.

Case No. 21-cv-2653-YGR

**PRETRIAL ORDER NO. 5 RE: TRIAL SCHEDULE**

Due to the lack of funding by the federal government, the Court previously provisionally continued this trial to proceed on October 22, 2025. Since that time, the Administrative Office of the Courts has confirmed that funding for jury trials exists. Accordingly, the Court has worked with the parties to determine witness availability and now confirms that the trial shall proceed on October 28, 2025 in the United States Federal Courthouse, Courtroom One, in Oakland, California.

On October 28, 2025, the Court will conduct jury selection. Depending on when jury selection concludes, the parties may be required to provide opening statements and shall be prepared to do so. Evidence will begin on October 29, 2025. Trial shall continue from day-to-day thereafter except for November 3, 2025. Should all phases of the trial not be concluded by November 7, 2025, trial will resume on November 17, 2025. The schedule for trial shall proceed as follows:

    8:30-10:00 (1 hr 30), then a 20-min break

    10:20-11:50 (1 hr 30), then a 40-min break

    12:30-2:00 (1 hr 30), then a 20-min break

    2:20-4pm (1 hr 40 min)

**IT IS SO ORDERED.**

Dated: October 20, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**